

**PER CURIAM:**

Averring that his contract with LHP Corporation to represent it as a sales agent had been unjustifiably terminated, M. L. Johnston sues for damages said to have been suffered in consequence. The District Court dismissed on the defendant's motion for summary judgment.

Our reading of the record and consideration of the arguments, on brief and orally, disclose no error in the dismissal. The judgment of the District Court will be affirmed.

Affirmed.

**PER CURIAM:**

This is an appeal from an order of the United States District Court for the Southern District of New York, John M. Cannella, Judge, granting appellee's petition for a writ of habeas corpus. The opinion below is reported at 319 F.Supp. 524 (S.D.N.Y.1970).

In the light of our opinion filed heretofore in United States ex rel. Farmer v. Kosan, 440 F.2d 1256 (2d Cir. 1971), the order of the district court is reversed with direction that the petition for the writ be dismissed.

UNITED STATES of America ex rel. John BUTLER, Petitioner-Appellee,

v.

James A. THOMAS, Warden, Rikers Island Prison, New York, Respondent-Appellant.

No. 731, Docket 35814.

United States Court of Appeals, Second Circuit.

Argued March 17, 1971.

Decided April 27, 1971.

Stanley Buchsbaum, New York City (J. Lee Rankin, Corporation Counsel of City of New York, of counsel), for respondent-appellant.

William E. Hellerstein, New York City (Milton Adler, The Legal Aid Society, New York City, of counsel), for petitioner-appellee.

Before MOORE and SMITH, Circuit Judges, and TIMBERS,* District Judge.

* Chief Judge, United States District Court for the District of Connecticut, sitting by designation.

UNITED STATES of America, Appellee,

v.

James Richard SAYERS, Appellant.

No. 24660.

United States Court of Appeals, Ninth Circuit.

May 5, 1971.

Robert H. Green, Santa Ana, Cal., for appellant.

Robert L. Meyer, U.S. Atty., Robert L. Brosio, Chief, Criminal Division, Darrell W. MacIntyre, Asst. U.S. Atty., Los Angeles, Cal., for appellee.

Before HAMLEY and KILKENNY, Circuit Judges, and POWELL, District Judge.*

* The Honorable Charles L. Powell, United States District Judge for the Eastern District of Washington, sitting by designation.